1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DEREK M. WOODEN,

11            Petitioner,                          No. CIV S-06-0715 MCE GGH P

12        vs.

13   THE PEOPLE OF THE STATE
     CALIFORNIA, et al.,

14
              Respondents.              ORDER
15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

18   pauperis.  In his application, petitioner challenges a conviction issued by the Tuolumne County

19   Superior Court.  Tuolumne County is part of the Fresno Division of the United States District

20   Court for the Eastern District of California.  See Local Rule 3-120(d).

21          Pursuant to Local Rule 3-120(f), a civil action which has not been commenced in

22   the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.  This court will not rule on petitioner's request to proceed in forma pauperis.

25   /////

26   /////

                                                  1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2        1.  This court has not ruled on petitioner's request to proceed in forma pauperis;

3        2.  This action is transferred to the United States District Court for the Eastern

4    District of California sitting in Fresno; and

5        3.  All future filings shall reference the new Fresno case number assigned and

6    shall be filed at:

7        United States District Court
         Eastern District of California
8        2500 Tulare Street
         Fresno, CA 93721
9

10   DATED:  5/2/06

                                        /s/ Gregory G. Hollows
11                                      _____
                                        GREGORY G. HOLLOWS
12                                      UNITED STATES MAGISTRATE JUDGE

13   GGH:bb
     wood0715.109
14

15

16

17

18

19

20

21

22

23

24

25

26